# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2022

### NO. 03-20-00583-CV

**McKenna Lynn Kuhr, Appellant**

**v.**

**Ronald Smith, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on December 4, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.